B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>District of Massachusetts | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>PB Realty Holdings, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):  000889750 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>77 Easton Street<br>Nantucket, Massachusetts   02554<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Nantucket<br>ZIP CODE<br>02554 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br>☒ Chapter 7    ☐ Chapter 11 | |

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other (real estate developer) |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor  unknown | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2                Name of Debtor PB Realty Holdings, LLC

Case No._____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ President | x _____ 7/6/09 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Northstar Electrical Construction, Corp. 7/6/09 | Michael J. Fencer, Esq. (BBO 648288) |
| Name of Petitioner James R. Davis    Date Signed | Name of Attorney Firm (If any) |
| Northstar Electrical Construction, Corp. | Jager Smith P.C. |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| 5 Ipswich Street | One Financial Center, Boston, MA 02111 |
| P.O. Box 2052 | Telephone No. |
| Nantucket, MA 02584 | 617-951-0500 |

| x _____ President | x _____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| IMEC, Inc. | Michael J. Fencer, Esq. |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Joseph F. D'Ambrosio | Jager Smith P.C. |
| Name & Mailing IMEC, Inc. Address of Individual | Address |
| 11 Willow Road | One Financial Center, Boston, MA 02111 |
| Signing in Representative Capacity | Telephone No. |
| Ayer, MA 01432 | 617-951-0500 |

| x _____ President | x _____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| REMSCO, Inc | Michael J. Fencer, Esq. |
| Name of Petitioner Mark R. Conley    Date Signed | Name of Attorney Firm (If any) |
| REMSCO, Inc | Jager Smith P.C. |
| Name & Mailing Address of Individual | Address |
| 310 South Street | One Financial Center, Boston, MA 02111 |
| Signing in Representative Capacity | Telephone No. |
| Plainville, MA 02762 | 617-951-0500 |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Northstar Elec. Constr. Corp. | goods/services | $243,805.60 |
| IMEC, Inc. | goods/services | $1,022,000.00 |
| REMSCO, Inc. | goods/services | $651,768.77 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_4_ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>Northstar Electrical Construction, Corp.<br>Name of Petitioner  James R. Davis   Date Signed<br>         Northstar Electrical Construction, Corp.<br>Name & Mailing<br>Address of Individual     5 Ipswich Street<br>Signing in Representative<br>Capacity                  P.O. Box 2052<br><br>                          Nantucket, MA 02584 | x_____  Date<br>Signature of Attorney<br>Michael J. Fencer, Esq.<br>Name of Attorney Firm (If any)<br>Jager Smith P.C.<br>Address<br>One Financial Center, Boston, MA 02111<br>Telephone No.<br>617-951-0500 |
| x /s/ Joseph F. D'Ambrosio<br>Signature of Petitioner or Representative (State title)<br>IMEC, Inc.                  7-6-2009<br>Name of Petitioner           Date Signed<br>     Joseph F. D'Ambrosio<br>Name & Mailing IMEC, Inc.<br>Address of Individual     11 Willow Road<br>Signing in Representative<br>Capacity                  Ayer, MA  01432 | x /s/ MJF            7/6/09<br>Signature of Attorney         Date<br>Michael J. Fencer, Esq.<br>Name of Attorney Firm (If any)<br>Jager Smith P.C.<br>Address<br>One Financial Center, Boston, MA 02111<br>Telephone No.<br>617-951-0500 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>REMSCO, Inc<br>Name of Petitioner  Mark R. Conley   Date Signed<br>                    REMSCO, Inc<br>Name & Mailing<br>Address of Individual     310 South Street<br>Signing in Representative<br>Capacity                  Plainville, MA 02762 | x_____  Date<br>Signature of Attorney<br>Michael J. Fencer, Esq.<br>Name of Attorney Firm (If any)<br>Jager Smith P.C.<br>Address<br>One Financial Center, Boston, MA 02111<br>Telephone No.<br>617-951-0500 |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

____ continuation sheets attached

B5 (Official Form 5) (12/07) — Page 2     Name of Debtor PB Realty Holdings, LLC

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____ President<br>Signature of Petitioner or Representative (State title)<br>Northstar Electrical Construction, Corp.<br>Name of Petitioner James R. Davis    Date Signed<br>          Northstar Electrical Construction, Corp.<br>Name & Mailing<br>Address of Individual    5 Ipswich Street<br>Signing in Representative<br>Capacity                 P.O. Box 2052<br>                         Nantucket, MA 02584 | x_____ Date<br>Signature of Attorney<br>Michael J. Fencer, Esq.<br>Name of Attorney Firm (If any)<br>Jager Smith P.C.<br>Address<br>One Financial Center, Boston, MA 02111<br>Telephone No.<br>617-951-0500 |
| x_____ President<br>Signature of Petitioner or Representative (State title)<br>IMEC, Inc.<br>Name of Petitioner    Date Signed<br>     Joseph F. D'Ambrosio<br>Name & Mailing IMEC, Inc.<br>Address of Individual   11 Willow Road<br>Signing in Representative<br>Capacity                Ayer, MA 01432 | x_____ Date<br>Signature of Attorney<br>Michael J. Fencer, Esq.<br>Name of Attorney Firm (If any)<br>Jager Smith P.C.<br>Address<br>One Financial Center, Boston, MA 02111<br>Telephone No.<br>617-951-0500 |
| x_____/s/_____ President<br>Signature of Petitioner or Representative (State title)<br>REMSCO, Inc<br>Name of Petitioner Mark R. Conley   Date Signed<br>                   REMSCO, Inc<br>Name & Mailing<br>Address of Individual   310 South Street<br>Signing in Representative<br>Capacity                Plainville, MA 02762 | x_____/s/_____ 7/6/09<br>Signature of Attorney        Date<br>Michael J. Fencer, Esq.<br>Name of Attorney Firm (If any)<br>Jager Smith P.C.<br>Address<br>One Financial Center, Boston, MA 02111<br>Telephone No.<br>617-951-0500 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

____continuation sheets attached

**B5 (Official Form 5) (12/07) – Page 2**

Name of Debtor __PB Realty Holdings, LLC__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ President<br>Signature of Petitioner or Representative (State title)<br>Atlantic Landscaping, Inc.<br>Name of Petitioner ~~Alfred M. Sorbello~~ William C. Anastos  Date Signed<br>Name & Mailing<br>Address of Individual       2 Greglen Ave, PMB 103<br>Signing in Representative<br>Capacity                          Nantucket, MA 02554 | x _[signature]_ 7/6/09<br>Signature of Attorney         Date<br>Michael J. Fencer, Esq.<br>Name of Attorney Firm (If any)<br>Jager Smith P.C.<br>Address<br>One Financial Center, Boston, MA 02111<br>Telephone No.<br>617-951-0500 |
| x _____ President<br>Signature of Petitioner or Representative (State title)<br>Shepley Wood Products, Inc.<br>Name of Petitioner Hamilton N. Shepley  Date Signed<br>                        Shepley Wood Products, Inc.<br>Name & Mailing<br>Address of Individual       216 Thornton Drive<br>Signing in Representative<br>Capacity                          Hyannis, MA 02601 | x _____  Date<br>Signature of Attorney<br>Michael J. Fencer, Esq.<br>Name of Attorney Firm (If any)<br>Jager Smith P.C.<br>Address<br>One Financial Center, Boston, MA 02111<br>Telephone No.<br>617-951-0500 |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Name of Petitioner       Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x _____  Date<br>Signature of Attorney<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Atlantic Landscaping, Inc. | goods/services | $150,000.00 |
| Shepley Wood Products, Inc. | goods/services | $192,884.09 |
| | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

___ continuation sheets attached

**B5 (Official Form 5) (12/07) – Page 2**

Name of Debtor: PB Realty Holdings, LLC

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____ President<br>Signature of Petitioner or Representative (State title)<br>Atlantic Landscaping, Inc.<br>Name of Petitioner Alfred M. Sorbello   Date Signed<br>Atlantic Landscaping, Inc.<br>Name & Mailing Address of Individual<br>Signing in Representative Capacity<br>2 Greglen Ave, PMB 103<br>Nantucket, MA 02554 | x _____   Date<br>Signature of Attorney<br>Michael J. Fencer, Esq.<br>Name of Attorney Firm (If any)<br>Jager Smith P.C.<br>Address<br>One Financial Center, Boston, MA  02111<br>Telephone No.<br>617-951-0500 |
| x /s/ Hamilton N. Shepley   President<br>Signature of Petitioner or Representative (State title) /s/ Shepley Wood<br>Shepley Wood Products, Inc. / Products Trust<br>Name of Petitioner Hamilton N. Shepley   Date Signed 7/3/09<br>Shepley Wood Products, Inc.<br>Name & Mailing Address of Individual<br>Signing in Representative Capacity<br>216 Thornton Drive<br>Hyannis, MA 02601 | x /s/ _____ 7/6/09<br>Signature of Attorney   Date<br>Michael J. Fencer, Esq.<br>Name of Attorney Firm (If any)<br>Jager Smith P.C.<br>Address<br>One Financial Center, Boston, MA  02111<br>Telephone No.<br>617-951-0500 |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Name of Petitioner   Date Signed<br>Name & Mailing Address of Individual<br>Signing in Representative Capacity | x _____   Date<br>Signature of Attorney<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___ continuation sheets attached

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| PB REALTY HOLDINGS, LLC, ) | Case No. 09-_____-WCH |
| ) | |
| Debtor. ) | |
| ) | |

## DECLARATION RE: ELECTRONIC FILING

**PART I – DECLARATION OF AFFIANT**

I, James R. Davis, hereby declare under the pains and penalties of perjury that all of the information supplied by me or on my behalf and contained in the *Involuntary Petition* (the "Document"), filed electronically herewith, is true and correct. I understand that this declaration is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this declaration may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the pains and penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period five (5) years after the closing of this case.

Dated: July __6__, 2009

_____
James R. Davis

JS#242167v1

1

## PART II – DECLARATION OF ATTORNEY

I certify that the affiant signed this form before I submitted the Document, I gave the affiant a copy of the Document and this declaration, and I have followed all other electronic filing requirements currently established by local rule and standing order. This declaration is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of Massachusetts Electronic Filing Local Rule 7.

Dated: July 6, 2009

Michael J. Fencer

JS#242167v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| PB REALTY HOLDINGS, LLC, ) | Case No. 09-_____-WCH |
| ) | |
| Debtor. ) | |

## DECLARATION RE: ELECTRONIC FILING

**PART I – DECLARATION OF AFFIANT**

I, Joseph F. D'Ambrosio, Sr., hereby declare under the pains and penalties of perjury that all of the information supplied by me or on my behalf and contained in the *Involuntary Petition* (the "Document"), filed electronically herewith, is true and correct. I understand that this declaration is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this declaration may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the pains and penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period five (5) years after the closing of this case.

Dated: July __6__, 2009

*/s/ Joseph F. D'Ambrosio*
Joseph F. D'Ambrosio, Sr.

JS#242168v1

1

## PART II – DECLARATION OF ATTORNEY

I certify that the affiant signed this form before I submitted the Document, I gave the affiant a copy of the Document and this declaration, and I have followed all other electronic filing requirements currently established by local rule and standing order. This declaration is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of Massachusetts Electronic Filing Local Rule 7.

Dated: July 6, 2009

Michael J. Fencer

JS#242168v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE: )
)
) Chapter 7
PB REALTY HOLDINGS, LLC, ) Case No. 09-_____-WCH
)
Debtor. )
)

## DECLARATION RE: ELECTRONIC FILING

**PART I – DECLARATION OF AFFIANT**

I, Mark R. Conley, hereby declare under the pains and penalties of perjury that all of the information supplied by me or on my behalf and contained in the *Involuntary Petition* (the "Document"), filed electronically herewith, is true and correct. I understand that this declaration is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this declaration may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the pains and penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period five (5) years after the closing of this case.

_____
Mark R. Conley

Dated: July ___6___, 2009

1

JS#242169v1

**PART II – DECLARATION OF ATTORNEY**

I certify that the affiant signed this form before I submitted the Document, I gave the affiant a copy of the Document and this declaration, and I have followed all other electronic filing requirements currently established by local rule and standing order. This declaration is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of Massachusetts Electronic Filing Local Rule 7.

Dated: July 6, 2009

_____
Michael J. Fencer

JS#242169v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| PB REALTY HOLDINGS, LLC, ) | Case No. 09-_____-WCH |
| ) | |
| Debtor. ) | |

## DECLARATION RE: ELECTRONIC FILING

**PART I – DECLARATION OF AFFIANT**

I, William Lindsay Congleton, hereby declare under the pains and penalties of perjury that all of the information supplied by me or on my behalf and contained in the *Involuntary Petition* (the "Document"), filed electronically herewith, is true and correct. I understand that this declaration is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this declaration may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the pains and penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period five (5) years after the closing of this case.

_____
William Lindsay Congleton

Dated: July _6_, 2009

1

JS#242171v2

## PART II – DECLARATION OF ATTORNEY

I certify that the affiant signed this form before I submitted the Document, I gave the affiant a copy of the Document and this declaration, and I have followed all other electronic filing requirements currently established by local rule and standing order. This declaration is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of Massachusetts Electronic Filing Local Rule 7.

Dated: July __6__, 2009

_____
Michael J. Fencer

JS#242171v2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>)<br>PB REALTY HOLDINGS, LLC, )<br>)<br>Debtor. )<br>) | Chapter 7<br>Case No. 09-_____-WCH |

## DECLARATION RE: ELECTRONIC FILING

**PART I – DECLARATION OF AFFIANT**

I, Hamilton N. Shepley, hereby declare under the pains and penalties of perjury that all of the information supplied by me or on my behalf and contained in the *Involuntary Petition* (the "Document"), filed electronically herewith, is true and correct. I understand that this declaration is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this declaration may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the pains and penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period five (5) years after the closing of this case.

_____
Hamilton N. Shepley

Dated: July 3, 2009

1

JS#242170v1

## PART II – DECLARATION OF ATTORNEY

I certify that the affiant signed this form before I submitted the Document, I gave the affiant a copy of the Document and this declaration, and I have followed all other electronic filing requirements currently established by local rule and standing order. This declaration is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of Massachusetts Electronic Filing Local Rule 7.

Dated: July 6, 2009

_____
Michael J. Fencer

JS#242170v1