UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 7 |
| PB REALTY HOLDINGS, LLC, | ) Case No. 09-__16389__-WCH |
| | ) |
| Debtor. | ) |

## CORPORATE STATEMENT

1. I am, and at all times relevant hereto have been, the President of Northstar Electrical Construction, Corp., a corporation formed under the laws of the Commonwealth of Massachusetts.

2. In accordance with Fed. R. Bankr. P. 1001(b), to the best of my knowledge there are no entities to report pursuant to Fed. R. Bankr. P. 7007.1(a).

Dated: July __6__, 2009

James R. Davis
President
Northstar Electrical Construction, Corp.

JS#242172v1