UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>PB REALTY HOLDINGS, LLC,<br><br>Alleged Debtor. | Chapter 7<br>Case No. 09-16389 (WCH)<br>(Pending Involuntary Petition) |

## ANSWER TO INVOLUNTARY PETITION

Alleged debtor PB Realty Holdings, LLC ("PB Realty") respectfully answers the involuntary petition filed on July 7, 2009 (the "Petition") as follows:

1. PB Realty denies the allegations set forth in paragraph one of the Petition on the basis that the petitioning creditors have asserted mechanics liens against the main asset of PB Realty located at 77 Easton Street, Nantucket, Massachusetts (the "Property"). Based on certain valuations of the Property, PB Realty believes that the petitioning creditors may be fully-secured creditors, thereby making them ineligible to file an involuntary petition.

2. PB Realty admits the allegations set forth in paragraph two of the Petition.

3. PB Realty admits the allegations set forth in paragraph three of the Petition.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. The claims of some of the petitioning creditors may be subject to a bona fide dispute as to liability and/or the amount of their claims.

## SECOND AFFIRMATIVE DEFENSE

2. The claims of some of the petitioning creditors may be contingent as to liability on their claims.

## THIRD AFFIRMATIVE DEFENSE

3. PB Realty believes that based on certain valuations of the Property and the fact that the petitioning creditors have filed mechanics liens against the Property, there PB Realty has is sufficient value in the assets of PB Realty that the petitioning creditors may be fully-secured creditors and will be paid in full any amounts that are determined to be due and owing to them.

August 24, 2009

          PB REALTY HOLDINGS, LLC,

          CRAIG AND MACAULEY
           PROFESSIONAL CORPORATION

          /s/ Joseph J. Koltun
          Christopher J. Panos (BBO# 555273)
          Joseph J. Koltun (BBO #641117)
          CRAIG AND MACAULEY
           PROFESSIONAL CORPORATION
          Federal Reserve Plaza
          600 Atlantic Avenue
          Boston, MA 02210
          (617) 367-9500
          jkoltun@craigmacauley.com

## CERTIFICATE OF SERVICE

I, Joseph J. Koltun, hereby certify that on August 24, 2009, I caused a true and accurate copy of the foregoing document to be served on the parties at the addresses set forth below via the Court's electronic notification system, electronic mail or first class mail, postage prepaid:

Michael J. Fencer
mfencer@jagersmith.com

Alex M. Rodolakis
amr@gilmac.com

John Fitzgerald
Office of the US Trustee
10 Causeway Street
Boston, MA 02222

James F. Coffey
jcoffey@nutter.com


August 24, 2009                             /s/ Joseph J. Koltun
                                            Joseph J. Koltun